**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District OF FLORIDA, MIAMI DIVISION |
|---|---|
| Name *(under which you were convicted)*: HENRY EDUARDO CHAVEZ | Docket or Case No.: 1:16-CR-20877-KMW |
| Place of Confinement: D. RAY JAMES C.I. PO BOX 2000 FOLSKSTON, GA 31537 | Prisoner No.: # 09670-104 |
| UNITED STATES OF AMERICA UNITED STATES OF AMERICA | Movant *(include name under which convicted)* v. HENRY EDUARDO CHAVEZ |

FILED by PG D.C.
JAN 3 1 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- FT. LAUD.

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   Wilkie D. Ferguson, Jr. United States Courthouse
   400 North Miami Avenue, Room 8
   MIAMI FLORIDA 33128

   cat/div  510/2255/MIA
   Case # 16 CR 20877
   Judge WILLIAMS  Mag WHITE
   Motn Ifp ___   Fee pd $ ___
   Receipt # ___

   (b) Criminal docket or case number (if you know): 1:16-CR-20877-KMW

2. (a) Date of the judgment of conviction (if you know): September 21, 2017
   (b) Date of sentencing: 09/21/2017

3. Length of sentence: 30 Months imprisionment, followed by Three years of Supervised Release, and $200.00 D. Special Assessment

4. Nature of crime (all counts): False Statement to obtain Passport. Title 18 U.S.C. § 1542. And Count Two: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1).

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment. and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial. what kind of trial did you have? (Check one) **N/A**   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? **N/A**   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction? **N/A**   Yes ☐   No ☐
   **No appeal was taken by Attorney.**

9. If you did appeal, answer the following:  **I requested to my Attorney, to appeal sentence but no appeal was taken by Counsel.**
   (a) Name of court:
   (b) Docket or case number (if you know):  **N/A**
   (c) Result:  **N/A**
   (d) Date of result (if you know):  **N/A**
   (e) Citation to the case (if you know):  **N/A**
   (f) Grounds raised:  **N/A**

   (g) Did you file a petition for certiorari in the United States Supreme Court?  **N/A** Yes ☐   No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know):
   (2) Result:

   (3) Date of result (if you know):
   (4) Citation to the case (if you know):
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

        (4) Nature of the proceeding:
        (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☐   **N/A**

(7) Result: **N/A**

(8) Date of result (if you know): **N/A**

(b) If you filed any second motion, petition, or application, give the same information: **N/A**

(1) Name of court: **N/A**

(2) Docket of case number (if you know): **N/A**

(3) Date of filing (if you know): **N/A**

(4) Nature of the proceeding: **N/A**

(5) Grounds raised: **N/A**

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☐   **N/A**

(7) Result: **N/A**

(8) Date of result (if you know): **N/A**

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application? **N/A**

(1) First petition:   Yes ☒   No ☐
(2) Second petition:  Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
**I requested to my Attorney to file an appeal, but he said this: we are going to have one more opportunity to speak-up about the issue. That was the end of the conversation. Defense Attorney never returned to the County Jail.**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE: COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE FOR FAILURE TO FILE A NOTICE OF APPEAL AS REQUESTED BY PETITIONER.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **Petitioner asserts that he requested, to his Attorney to file his direct-appeal to the Eleventh Circuit Court of Appeals, but his Attorney, responded: we are going to have one more opportunity to speak-up, about the issue. I waited for counsel, in the County Jail but Counsel never returned. Please read Memo' Attached.**

(b) **Direct Appeal of Ground One:** **N/A**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☐    **N/A**

   (2) If you did not raise this issue in your direct appeal, explain why: **N/A**

(c) **Post-Conviction Proceedings:** **N/A**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☐    **N/A**

   (2) If you answer to Question (c)(1) is "Yes," state: **N/A**

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐    **N/A**

   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐    **N/A**

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐    **N/A**

(6) If your answer to Question (c)(4) is "Yes," state: **N/A**

Name and location of the court where the appeal was filed: **N/A**

Docket or case number (if you know): **N/A**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): **N/A**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

## GROUND TWO: WAS DEFENDANT'S SENTENCE SUBSTANTIALLY REASONABLE IN LIGHT OF THE TOTALITY OF CIRCUMSTANCES OF TITLE 18 U.S.C. § 3553(a)?.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**Petitioner contends that his Attorney's ineficiency prejudiced the defendant, for [not] receiving all the benefits pursuant title 18 U.S.C. § 3553(a) outlined in this title. Petitioner respectfully requests a Downward Variance, based on Title 18 U.S.C. § 3553(a) and U.S.S.G. § 5K2.0 . Please Read Memo' Attached.**

(b) **Direct Appeal of Ground Two:** **N/A**

(1) If you appealed from the judgment of conviction, did you raise this issue? **N/A**
Yes ☐     No ☐

(2) If you did not raise this issue in your direct appeal, explain why: **N/A**

(c) **Post-Conviction Proceedings:** **N/A**

(1) Did you raise this issue in any post-conviction motion, petition, or application? **N/A**
Yes ☐     No ☐

(2) If you answer to Question (c)(1) is "Yes," state: **N/A**

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐   **N/A**

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐   **N/A**

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐   **N/A**

(6) If your answer to Question (c)(4) is "Yes," state: **N/A**

Name and location of the court where the appeal was filed: **N/A**

Docket or case number (if you know): **N/A**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): **N/A**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

**GROUND THREE:** **NONE.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:** **N/A**

   (1) If you appealed from the judgment of conviction, did you raise this issue? **N/A**
      Yes ☐    No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: **N/A**

(c) **Post-Conviction Proceedings:** **N/A**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☐    **N/A**

   (2) If you answer to Question (c)(1) is "Yes," state: **N/A**

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☐    **N/A**

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☐    **N/A**

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐    **N/A**

   (6) If your answer to Question (c)(4) is "Yes," state: **N/A**

   Name and location of the court where the appeal was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

**GROUND FOUR:** **NONE.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:** **N/A**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐   **N/A**

    (2) If you did not raise this issue in your direct appeal, explain why: **N/A**

(c) **Post-Conviction Proceedings:** **N/A**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐   **N/A**

    (2) If you answer to Question (c)(1) is "Yes," state: **N/A**

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   **N/A**

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   **N/A**

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐   **N/A**

(6) If your answer to Question (c)(4) is "Yes," state: **N/A**
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **N/A**

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
**N/A**

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No **[X]**
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging: **GUSTAVO LAGE**

   (a) At the preliminary hearing: **Same as above**

   (b) At the arraignment and plea: **Same as above**

   (c) At the trial: **No Trial.**

   (d) At sentencing: **Gustavo Lage.**

   (e) On appeal: **No appeal was taken by Attorney.**

   (f) In any post-conviction proceeding: **Pro Se**

   (g) On appeal from any ruling against you in a post-conviction proceeding: **N/A**

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:
   (c) Give the length of the other sentence:
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☒     No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*
**Petitioner was sentenced on September 21, 2017, He is timely filing his petition.**

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: **Vacate Sentence, Grant a Downward Variance, for Substantial Assitence, Or Order a Belated Appeal to the Eleventh Circuit Court Of Appeals.**
or any other relief to which movant may be entitled.
**Allow petitioner to proceed in Forma Pauperis on Appeal. Respectfully requests the appointment of New Counsel as required by Rule 44(a)(CJA).**

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year)

Executed (signed) on : _[signature]_    (date): _1-20-2018_

_[signature]_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

HENRY EDUARDO-CHAVEZ
REG NO: 09670-104
D. RAY JAMES C.I.
PO BOX 2000
FOLKSTON, GA 31537



UNITED STATES DISTRICT COURT
Wilkie D. Ferguson, Jr. United States Cou
400 North Miami Avenue, Room 8
MIAMI FLORIDA 33128



JAN 2 0 2018

D. Ray James Prison
Hwy 252 - P.O. Box 2000 - Folkston, GA 31537

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor Inspected. If the writer raises a question or problem over which this facility/ writer has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address."